UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

THOMAS LOUIS-JEAN

    Plaintiff,

-against-

GREAT AMERICAN INSURANCE
GROUP and UNITED HEALTH CARE

    Defendants.

Civil Action No: 04-civ-3576 (ARR) (KAM)

STIPULATION DISMISSING ACTION WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for all the parties to the above entitled action except for Great American Insurance Group which has made no appearance, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is dismissed with prejudice, and without costs to either party as against the other. This stipulation may be filed without further notice

- 1 -

with the Clerk of the Court, and a facsimile shall be deemed an original for all purposes.

ROSS & HILL
Attorneys for Plaintiff

By: _____
James F. Ross, Esq.

16 Court Street, 35th Floor
Brooklyn, New York 11241
Telephone: (718) 855-2324

CHORPENNING, GOOD, CARLET
& GARRISON, ESQS.
Attorneys for Defendant United
Healthcare Insurance Company,
Improperly named as United Health
Care

By: _____
Virginia T. Shea, Esq.

645 Fifth Avenue - Suite 703
New York, New York 10022
Telephone: (212)-869-2147

So ordered. _____, USDJ
1/26/06

-2-